IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ORLANDO JOHNQUIL McCRAE**,

      Plaintiff,

      v.

**G. RANSIER, S. FRANKE, J. BURCHETT, individually and in their official capacities,**

      Defendants.

No. 2:12-cv-00359-AC

OPINION AND ORDER

**MOSMAN, J.**,

On January 15, 2014, Magistrate Judge Acosta issued his Findings and Recommendation ("F&R") [71] in the above-captioned case, recommending that the Defendants' motion for summary judgment [48] be GRANTED in full. Plaintiff did not object to the F&R.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court

1 – OPINION AND ORDER

is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

      Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [71] as my own opinion.

      IT IS SO ORDERED.

      DATED this __5th__ day of February, 2014.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Judge

2 – OPINION AND ORDER